UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br>INDIANA STATE CONFERENCE OF THE NAACP,<br><br>                Plaintiffs,<br><br>                v.<br><br>CONNIE LAWSON in her official capacity as Indiana Secretary of State,<br>PAUL OKESON in their official capacities as members of the Indiana Election Commission,<br>S. ANTHONY LONG in their official capacities as members of the Indiana Election Commission,<br>SUZANNAH WILSON OVERHOLT in their official capacities as members of the Indiana Election Commission,<br>ZACHARY E. KLUTZ in their official capacities as members of the Indiana Election Commission,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:20-cv-02007-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 11 a.m. on August 26, 2020,** before Magistrate Judge Tim A. Baker. Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to set a briefing schedule.

Date: 8/21/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.