UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) | |
| INDIANA STATE CONFERENCE OF THE ) | |
| NAACP, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-02007-SEB-TAB |
| ) | |
| CONNIE LAWSON, ) | |
| PAUL OKESON, ) | |
| S. ANTHONY LONG, ) | |
| SUZANNAH WILSON OVERHOLT, ) | |
| ZACHARY E. KLUTZ, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON AUGUST 26, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel August 26, 2020, for a telephonic status conference. The Court set the following briefing schedule: (1) Defendants shall file a response to Plaintiffs' motion for preliminary injunction by September 16, 2020; and (2) Plaintiffs shall file any reply brief by September 23, 2020.

Dated: 9/2/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Ami Gandhi
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
100 N. LaSalle St, Suite 600
Chicago, IL 60602