# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA and INDIANA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs,* <br><br> v. <br><br> CONNIE LAWSON, in her official capacity as Indiana Secretary of State, and PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacities as members of the Indiana Election Commission, <br><br> *Defendants.* | Case No. 1:20-cv-2007-SEB-TAB |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTION REQUESTING ORAL ARGUMENT ON THEIR MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, having filed their Unopposed Motion to Withdraw Motion Requesting Oral Argument on Their Motion for Preliminary Injunction, and the Court being duly advised in the premises, now

ORDERS that said Motion should be and hereby is GRANTED.

WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is approved by the Court; and that oral argument on Plaintiffs' Motion Requesting Oral Argument on Their Motion for Preliminary Injunction (Filing No. 11) is hereby withdrawn.

Date: 9/28/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.