UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:20-cv-02007-SEB-TAB |
| | ) |
| CONNIE LAWSON, et al. | ) |
| | ) |
| Defendants. | ) |

**PRELIMINARY INJUNCTION**

The Court orders as follows:

1) Defendants and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them or under their direction or control are hereby <u>PRELIMINARYILY ENJOINED</u> from implementing, enforcing, administering, invoking, or giving any effect to the noon Election Day receipt deadline for mail-in absentee ballots, codified at Indiana Code §§ 3-11.5-4-3 and 3-11.5-4-10, in the November 3, 2020 general election; and

2) Defendants Okeson, Long, Wilson Overholt, and Klutz, in their official capacities as members of the Indiana Election Commission and pursuant to the powers and duties of the Indiana Election Commission, as defined in Indiana Code § 3-6-4.1-14, are hereby <u>ORDERED</u> to adopt rules, or emergency rules, requiring all county election boards and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them or under their direction

or control, not to reject mail-in ballots postmarked on or before November 3, 2020 and received on or before November 13, 2020, and to ensure that such ballots are counted if otherwise valid.

IT IS SO ORDERED.

Date:         9/29/2020                    *Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Aneel L. Chablani
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
achablani@clccrul.org

Ami Gandhi
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
agandhi@clccrul.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
MACEY SWANSON LLP
wgroth@fdgtlaborlaw.com

Ezra D. Rosenberg
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
erosenberg@lawyerscommittee.org

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
msniderman@findlingpark.com

Ryan Snow
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
rsnow@lawyerscommittee.org

Jennifer Terrell
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
jterrell@clccrul.org