UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA;<br>INDIANA STATE CONFERENCE OF THE<br>NAACP,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity<br>as the Indiana Secretary of State, PAUL<br>OKESON, S. ANTHONY LONG,<br>SUZANNAH WILSON OVERHOLT, and<br>ZACHARY E. KLUTZ, in their official capacities<br>as members of the Indiana Election Commission,<br><br>        Defendants. | Case No.: 1:20-cv-02007-SEB-TAB |

## NOTICE OF APPEAL

Notice is given that Defendants—Connie Lawson, in her official capacity as the Indiana Secretary of State; and Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, and Zachary E. Klutz, in their official capacities as members of the Indiana Election Commission—appeal to the United State Court of Appeals for the Seventh Circuit from the Preliminary Injunction entered on September 29, 2020.

                                            Respectfully Submitted,

                                            Office of the Attorney General of Indiana

Date: <u>October 2, 2020</u>        By:    Jefferson S. Garn
                                                  Deputy Attorney General
                                                  OFFICE OF INDIANA ATTORNEY GENERAL
                                                  Indiana Government Center South, 5th Floor
                                                  302 West Washington Street
                                                  Indianapolis, Indiana 46204-2770
                                                  Phone: (317) 234-7119
                                                  Email: Jefferson.Garn@atg.in.gov