# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA and INDIANA STATE CONFERENCE OF THE NAACP, <br><br>    *Plaintiffs*, <br><br>    v. <br><br>CONNIE LAWSON, in her official capacity as Indiana Secretary of State, and PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacities as members of the Indiana Election Commission, <br><br>    *Defendants*. | Case No. 1:20-cv-2007-SEB-TAB |

## PLAINTIFFS' STATEMENT OF POSITION

Plaintiffs, Common Cause Indiana and Indiana State Conference of the NAACP, by counsel, hereby file their Statement of Position, pursuant to order of this Court [Dkt. 42], and S.D. Ind. L.R. 16-2, and state as follows:

1. On November 4, 2020, mandate issued, and this matter was remanded by the Seventh Circuit Court of Appeals to this Court for further proceedings. [Dkt. 41.]

2. The parties have conferred. Plaintiffs are still evaluating their options and anticipate being able to determine the need for further proceedings in this Court within thirty (30) days.

WHEREFORE, Plaintiffs, by counsel, file their Statement of Position.

|  |  |
|---|---|
| Dated: November 25, 2020 | Respectfully submitted,<br><br>FINDLING PARK CONYERS WOODY<br> & SNIDERMAN, P.C.<br><br>*s/ Mark W. Sniderman*<br>Mark W. Sniderman, 26599-49<br>151 N. Delaware Street, Ste. 1520<br>Indianapolis, IN 46204<br>(317) 231-1100 Tel<br>(317) 231-1106 Fax<br>msniderman@findlingpark.com<br><br>*One of the Attorneys for Plaintiffs* |